[No. 26673-3-II. Division Two. January 21, 2004.]

*In the Matter of the Detention of* DONALD J. OWENS.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-00712-1, Wm. Thomas McPhee, J., entered November 28, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.

[No. 29380-3-II. Division Two. January 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK DAVID VANNAUSDLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00998-2, Bryan E. Chushcoff, J., entered September 25, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 29413-3-II. Division Two. January 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN A. SCHWARZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-02297-1, John F. Nichols, J., entered October 4, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 29500-8-II. Division Two. January 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC QUINN FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04888-2, Kitty-Ann van Doorninck, J., entered September 24, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.